1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   LUIS MIGUEL GARCIA-CHAVEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    No. 2:12-cr-276 TLN
                                )
12            Plaintiff,        )    **STIPULATION AND ORDER TO CONTINUE**
                                )    **STATUS CONFERENCE AND EXCLUDE**
13       v.                     )    **TIME**
                                )
14 LUIS MIGUEL GARCIA-CHAVEZ,   )
                                )    DATE:   June 20, 2013
15            Defendant.        )    TIME:   9:30 a.m.
                                )    JUDGE:  Hon. Troy L. Nunley
16 _____ )
                                )
17

18     It is hereby stipulated and agreed to between the United States of

19 America through JASON HITT, Assistant U.S. Attorney and defendant LUIS

20 MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY,

21 that the status conference set for Thursday, June 6, 2013 be continued

22 to Thursday, June 20, 2013 at 9:30 a.m.

23     The reason for this continuance is to allow defense counsel

24 additional time to review discovery with the defendant, to examine

25 possible defenses and to continue investigating the facts of the case.

26     The parties stipulate that the ends of justice served by the

27 granting of such continuance outweigh the interests of the public and

28 the defendant in a speedy trial.

1    Speedy trial time is to be excluded from the date of this order

2    through the date of the status conference set for June 20, 2013,

3    pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

4    (Local Code T4).

5    DATED: June 3, 2013               Respectfully submitted,

6                                      HEATHER E. WILLIAMS
                                       Federal Defender

7                                      /s/ Benjamin Galloway
8                                      BENJAMIN GALLOWAY
                                       Assistant Federal Defender
                                       Attorney for Defendant
9                                      LUIS MIGUEL GARCIA-CHAVEZ

10

11   DATED: June 3, 2013               BENJAMIN B. WAGNER
                                       United States Attorney
12

13                                     /s/ Benjamin Galloway for
                                       JASON HITT
                                       Assistant U.S. Attorney
14                                     Attorney for Plaintiff

15

16                              **O R D E R**

17       The Court, having received, read, and considered the stipulation of

18   the parties, and good cause appearing therefrom, adopts the stipulation

19   of the parties in its entirety as its order. The Court specifically

20   finds that the failure to grant a continuance in this case would deny

21   counsel reasonable time necessary for effective preparation, taking

22   into account the exercise of due diligence.  The Court finds that the

23   ends of justice to be served by granting the requested continuance

24   outweigh the best interests of the public and defendant in a speedy

25   trial.

26       The Court orders that the time from the date of the parties

27   stipulation, up to and including June 20, 2013, shall be excluded from

28   computation of time within which the trial of this case must be

                                      **2**

1   commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

2   § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is

3   further ordered that the June 6, 2013 status conference shall be

4   continued until June 20, 2013, at 9:30 a.m.

5

6   DATED:   June 3, 2013

7

8

9   _____

    Troy L. Nunley

10  United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28