1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   BENJAMIN D. GALLOWAY, Bar #214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone (916) 498-5700

5   Attorney for Defendant
    LUIS MIGUEL GARCIA-CHAVEZ

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )    No. 2:12-cr-276 TLN
                                 )
12                 Plaintiff,    )    **STIPULATION AND ORDER TO CONTINUE**
                                 )    **STATUS CONFERENCE AND EXCLUDE**
13        v.                     )    **TIME AS TO DEFENDANT GARCIA-**
                                 )    **CHAVEZ ONLY**
14  LUIS MIGUEL GARCIA-CHAVEZ    )
    and BERNARDO GONZALEZ,       )
15                               )    DATE:  July 11, 2013
                   Defendants.   )    TIME:  9:30 a.m.
16                               )    JUDGE: Hon. Troy L. Nunley
    _____)

17

18      It is hereby stipulated and agreed to between the United States of

19  America through JASON HITT, Assistant U.S. Attorney and defendant LUIS

20  MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY,

21  that the status conference set for Thursday, June 20, 2013 be continued

22  to Thursday, July 11, 2013 at 9:30 a.m.

23      The reason for this continuance is to allow defense counsel

24  additional time to review discovery with the defendant, to examine

25  possible defenses and to continue investigating the facts of the case.

26      The parties stipulate that the ends of justice served by the

27  granting of such continuance outweigh the interests of the public and

28  the defendant in a speedy trial.

1    Speedy trial time is to be excluded from the date of this order

2  through the date of the status conference set for July 11, 2013,

3  pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]

4  (Local Code T4).

5  DATED: June 17, 2013                Respectfully submitted,

6                                      HEATHER E. WILLIAMS
                                       Federal Defender

7                                      /s/ Benjamin Galloway

8                                      BENJAMIN GALLOWAY
                                       Assistant Federal Defender
                                       Attorney for Defendant
9                                      LUIS MIGUEL GARCIA-CHAVEZ

10

11 DATED: June 17, 2013                BENJAMIN B. WAGNER
                                       United States Attorney
12

13                                     /s/ Benjamin Galloway for

                                       JASON HITT
14                                     Assistant U.S. Attorney
                                       Attorney for Plaintiff

15

16                                **O R D E R**

17    The Court, having received, read, and considered the stipulation of

18 the parties, and good cause appearing therefrom, adopts the stipulation

19 of the parties in its entirety as its order. The Court specifically

20 finds that the failure to grant a continuance in this case would deny

21 counsel reasonable time necessary for effective preparation, taking

22 into account the exercise of due diligence.  The Court finds that the

23 ends of justice to be served by granting the requested continuance

24 outweigh the best interests of the public and defendant in a speedy

25 trial.

26    The Court orders that the time from the date of the parties

27 stipulation, up to and including July 11, 2013, shall be excluded from

28 computation of time within which the trial of this case must be

                                      **2**

1  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.

2  § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is

3  further ordered that the June 20, 2013 status conference shall be

4  continued until July 11, 2013, at 9:30 a.m.

5

6  DATED:   June 19, 2013

7

8

9

10                              Troy L. Nunley
                                United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28