HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
LUIS MIGUEL GARCIA-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     v.  )<br>  )<br>LUIS MIGUEL GARCIA-CHAVEZ  )<br>and BERNARDO GONZALEZ,  )<br>  )<br>          Defendants.  )<br>  )<br>_____) | No. 2:12-cr-276 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME AS TO DEFENDANT GARCIA-CHAVEZ ONLY**<br><br>DATE:  July 11, 2013<br>TIME:  9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

   It is hereby stipulated and agreed to between the United States of America through JASON HITT, Assistant U.S. Attorney and defendant LUIS MIGUEL GARCIA-CHAVEZ by and through his counsel, BENJAMIN GALLOWAY, that the status conference set for Thursday, June 20, 2013 be continued to Thursday, July 11, 2013 at 9:30 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 11, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 17, 2013                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ Benjamin Galloway
                                        BENJAMIN GALLOWAY
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LUIS MIGUEL GARCIA-CHAVEZ


DATED: June 17, 2013                    BENJAMIN B. WAGNER
                                        United States Attorney

                                        /s/ Benjamin Galloway for
                                        JASON HITT
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including July 11, 2013, shall be excluded from computation of time within which the trial of this case must be

commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is further ordered that the June 20, 2013 status conference shall be continued until July 11, 2013, at 9:30 a.m.

DATED: June 19, 2013

Troy L. Nunley
United States District Judge